UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YESSUH SUHYES HUSSEY,<br><br>                      Plaintiff,<br><br>-against-<br><br>THE OWNER OF/AT DUANE READ (JANE DOE/JOHN DOE); THE OWNER AND PERSON IN CHARGE OF WALGREENS (JOHN DOE/JANE DOE),<br><br>                      Defendants. | 23-CV-3561 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the July 6, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 6, 2023
          New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                              Chief United States District Judge